AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA )
v. )
ANTONIO FIDEL STANFIELD )

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case No.   1:22cr54-RAH-SMD

USM No. 27435-510

Samuel Brooke
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1, 2, 3, and 4    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a new crime | 10/14/2025 |
| 2 | Failing to report an arrest to the probation officer | 10/14/2025 |
| 3 | Commission of a new crime | 11/07/2025 |
| 4 | Possession of a controlled substance (methamphetamine) | 11/07/2025 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3902

Defendant's Year of Birth:    1960

City and State of Defendant's Residence:
Enterprise, AL

05/20/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

R. Austin Huffaker, Jr., Chief United States District Judge
_____
Name and Title of Judge

06/03/2026
_____
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: ANTONIO FIDEL STANFIELD
CASE NUMBER: 1:22cr54-RAH-SMD

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

36 months. This federal sentence is consecutive to any state sentence imposed as the result of Defendant Stanfield's plea to the lesser-included offense of unlawful possession with intent to distribute methamphetamine in state court. No supervised release to follow.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL